# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 24, 2011

142437

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

ALPHA INVESTMENT, L.L.C.,
ALPHA DIAGNOSTIC CLINIC, P.C., and
ALPHA MEDICAL CLINICS, P.C.,
      Plaintiffs/Counter-Defendants,

and

ABDALRAHMAN KATRANJI,
      Plaintiff/Counter-Defendant-
      Appellee,

v

ALPHA REAL ESTATE, L.L.C.,
ALPHA CLINIC, P.C., and
FIROZA B. VAN HORN,
      Defendants/Counter-Plaintiffs/
      Third-Party Plaintiffs-Appellants,

and

ALPHA PROPERTIES, L.L.C.,
      Third-Party Defendant.

SC: 142437
COA: 291939
Wayne CC: 06-610358-CK

_____/

      On order of the Court, the application for leave to appeal the December 7, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 24, 2011

p0516

Clerk